UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



2010 JAN -7 PM 4: 28

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CHRISTOPHER JAMES WEICK,<br><br>                    Defendant. | CASE NO. 09CR4344-WQH<br><br>JUDGMENT OF DISMISSAL |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in case 09CR4635-WQH against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal; or

_____  the Court has granted the motion of the defendant for a judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

_____  of the offense(s) of:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/5/2010

BARBARA L. MAJOR
UNITED STATES DISTRICT JUDGE


ENTERED ON _____